UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAY 03 2010
CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-02   LOUIS A. DANCIL, a/k/a "Lucky,"

        Defendant.
_____/

CRIMINAL NO. 10-CR-20218-DT-02
HONORABLE JULIAN ABELE COOK

## ORDER REVOKING MAGISTRATE'S ORDER SETTING CONDITIONS OF RELEASE

The Court, having considered the Government's Motion for an Order Revoking the Order setting conditions of release, determines that the Motion ought to be, and hereby is, GRANTED. The defendant, LOUIS A. DANCIL, a/k/a "Lucky" is to be detained and held without bond until further order of this Court.

Since the defendant has not had an opportunity to respond to the Government's Motion, the Court will consider any response to the Government's Motion that may be filed by the defense in the future.

SO ORDERED.

_____
~~VIRGINIA A. MORGAN~~
~~UNITED STATES MAGISTRATE JUDGE~~
"Judge Robert H. Cleland
Acting in the absence of Judge
Cook"